**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NEVA LEMA, | ) | 1:10-cv-0362 OWW SMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF TRANSFER OF CASE |
| | ) | FOR CASE MANAGEMENT |
| v. | ) | PURPOSES ONLY |
| | ) | |
| COMFORT INN MERCED; COMFORT INN MERCED PARTNERSHIP; COMFORT INN MERCED HOSPITALITY; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, INCLUSIVE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| NEVA LEMA, | ) | 1:10-cv-1131 AWI SKO |
| | ) | NEW CASE NUMBER: |
| Plaintiff, | ) | 1:10-cv-1131 OWW SMS |
| | ) | |
| v. | ) | |
| | ) | |
| COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, INCLUSIVE | ) ) ) ) ) ) | |
| Defendants. | ) | |

   Pursuant to the agreement of the parties at the Scheduling Conference in case number 1:10-cv-0362 OWW SMS on July 14, 2010,

1

```
 1  case number 1:10-cv-1131 AWI SKO is transferred for case
 2  management purposes only at this time, to the docket of Judge
 3  Wanger and Magistrate Judge Snyder.  The new case number which
 4  must be typed on all further pleadings in this case is:  1:10-cv-
 5  1131 OWW SMS. This is a related case as it involves the same
 6  plaintiff and similar issues of law related to handicap access
 7  and accomodation at hotel facilities.
```

IT IS SO ORDERED.

Dated:    July 14, 2010                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE