**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
  tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff GENEVA LEMA

CRIS C. VAUGHAN, ESQ. 99568
  ccvaughan@sbcglobal.net
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
 Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants
COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COURTYARD MARRIOTT MERCED; et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:10-CV-01131-OWW-SMS<br>Civil Rights |
| GENEVA LEMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMFORT INN, MERCED; et al.,<br><br>　　　　Defendants.<br>_____ / | CONSOLIDATED ACTION FOR CASE MANAGEMENT PURPOSES<br><br>CASE NO. 1:10-CV-00362-OWW-SMS<br>Civil Rights |

**TO THE COURT:**

The Court consolidated these actions for case management purposes. The Parties continue to cooperate toward an early and cost effective resolution of both cases. They have completed a cooperative site inspection and are in the process of exchanging consultant's

information and suggested solutions.  Accordingly, and to facilitate these ongoing efforts while managing the litigation expenses of discovery, the Parties ask for an enlargement of approximately 120 days, or as follows:

| | |
|---|---|
| Non-Expert Discovery Close: | July 15, 2011 |
| Expert Disclosure Due: | July 1, 2011 |
| Last Day for Rebuttal Expert Disclosures: | August 1, 2011 |
| Expert Discovery Deadline: | August 12, 2011 |
| Last Day to File Non-Dispositive Motions: | October 6, 2011 |
| Last Day to File Dispositive Motions: | October 20, 2011 |
| Dispositive Motions Hearing | January  9, 2012 at 10:00 AM |
| Deadline to File Joint Pretrial Statements | January 30, 2012 |
| Pretrial Conference | February 6, 2012 at 11:00 AM |
| Trial – Comfort Inn Case | March 20, 2012 at 9:00 AM |
| Trial – Courtyard Marriot Case | April 17, 2012 at 9:00 AM |

1   SO STIPULATED.

2

3   Dated: March 31, 2011                TIMOTHY S. THIMESCH

4
                                         _/s/ Tim Thimesch_____
5                                        Attorneys for Plaintiff
6                                        NEVA LEMA

7

8   Dated: March 31, 2011                CRIS C. VAUGHAN, ESQ.
                                         VAUGHAN & ASSOCIATES
9
                                         /s/ Authorized Signed
10                                       Attorneys for Defendants
                                         COURTYARD MARRIOTT MERCED;
11                                       COURTYARD MERCED INC.; KASTURI LAL;
                                         EDWIN K. ANTHONY; MAX'S PARTNERSHIP,
12                                       LLC; and MAX'S PARTNERSHIP

13                                  **ORDER**

14       IT IS SO ORDERED.

15

16

17

18  IT IS SO ORDERED.

19      Dated:   **March 31, 2011**                /s/ Oliver W. Wanger
20                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

3