UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>        Plaintiff,<br><br>vs.<br><br>COURTYARD MARRIOTT MERCED, et al.,<br><br>        Defendants. | NEW CASE NO. 1:10-cv-01131-SMS<br><br>ORDER ASSIGNING CASE<br>RE: PRESIDING JUDGE |

IT IS HEREBY ORDERED that this action be assigned solely to the docket of Magistrate Judge SANDRA M. SNYDER as Presiding Judge of the above-entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment (Docs. 38 & 40).

## ALL FUTURE PLEADINGS SHALL BE CORRECTLY NUMBERED AS FOLLOWS:

**1:10-cv-01131-SMS**

IT IS SO ORDERED.

Dated: October 24, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE