UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | NEW CASE NO.  1:10-cv-01131-SMS |
| Plaintiff, | |
| vs. | ORDER ASSIGNING CASE RE: PRESIDING JUDGE |
| COURTYARD MARRIOTT MERCED, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that this action be assigned solely to the docket of Magistrate Judge SANDRA M. SNYDER as Presiding Judge of the above-entitled action.  The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment (Docs. 38 & 40).

## ALL FUTURE PLEADINGS SHALL BE CORRECTLY NUMBERED AS FOLLOWS:

**1:10-cv-01131-SMS**

IT IS SO ORDERED.

Dated:    October 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE