**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
  tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff GENEVA LEMA

J.M. IRIGOYEN, Esq., No. 177626
2131 Amador St.
Fresno, CA 93721-1102
Telephone: (559) 233-3333
Facsimile: (559) 233-2434
jmirigoyen@me.com

Attorneys for Defendants
COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, <br><br> Plaintiff, <br><br> v. <br><br> COURTYARD MARRIOTT MERCED; et al., <br><br> Defendants. _____ / | CASE NO. 1:10-cv-01131-SMS <br><br> **STIPULATED REQUEST AND <u>ORDER</u> TO ENLARGE SELECTED COORDINATED SCHEDULING ORDER DATE RE: DISPOSITIVE MOTIONS** (Doc. 68 & Doc. 70 respectively) |
| GENEVA LEMA, <br><br> Plaintiff, <br><br> v. <br><br> COMFORT INN, MERCED; et al., <br><br> Defendants. _____ / | CONSOLIDATED/RELATED ACTIONS FOR CASE MANAGEMENT PURPOSES (Doc. 15 & Doc. 21 respectively) <br><br> CASE NO. 1:10-cv-00362-SMS |

**TO THE COURT:**

The Court consolidated/related these actions for case management purposes (Doc. 15 & Doc. 21 respectively). The Defendants have not yet filed an Answer to the two First Amended Complaints, but instead have filed Motions in each case to Strike and/or for a More Definite

Statement.   So that this case may be at issue before dispositive motions are filed and heard, the Parties request the establishment of the following new deadline:

    Last Day in Both Cases to File Dispositive Motions:    July 13, 2012

**SO STIPULATED.**

Dated: June 19, 2012        TIMOTHY S. THIMESCH

        /s/ Authorized Signed
        Attorneys for Plaintiff
        NEVA LEMA

Dated: June 19, 2012        J.M. IRIGOYEN

        /s/ Authorized Signed
        Attorneys for Defendants
        COURTYARD MARRIOTT MERCED;
        COURTYARD MERCED INC.; KASTURI LAL;
        EDWIN K. ANTHONY; MAX'S PARTNERSHIP,
        LLC; and MAX'S PARTNERSHIP

## ORDER

1. The new dispositive motion filing deadline, in both cases (Doc. 34 respectively), is SET for 7/13/12.

2. The Pretrial Conference set 7/17/12 @ 11:00 a.m. in Courtroom No. 1 before Judge Snyder, in both cases (Doc. 42 respectively), is VACATED.

3. The Jury Trial set 9/24/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, in Case No. 10-1131 (Doc. 42 respectively), is VACATED.

4. The Jury Trial set 8/27/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, in Case No. 10-362 (Doc. 42 respectively), is VACATED.

IT IS SO ORDERED.

    Dated:   **June 19, 2012**        **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE